Name and address:

Lionel Z. Glancy (CA Bar No. 134180)
Glancy Binkow & Goldberg LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ROFFE 401K PLAN 002 UAD 1/01/2012<br><br>v.                                                    Plaintiff(s)<br><br>DREAMWORKS ANIMATION SKG, INC., et al.<br><br>                                                     Defendant(s). | CASE NUMBER<br><br>2:14-cv-06201-R-E<br><br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

### INSTRUCTIONS FOR APPLICANTS

(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; note that electronic signatures are not accepted. Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*

(3) *Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

### SECTION I - INFORMATION

Fruchter, Jack G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

Abraham, Fruchter & Twersky, LLP
*Firm Name*

One Pennsylvania Plaza
Suite 2805
*Street Address*

New York, NY 10119
*City, State, Zip Code*

(212) 279-5050
*Telephone Number*

(212) 297-3655
*Fax Number*

jfruchter@aftlaw.com
*E-Mail Address*

**I have been retained to represent the following parties:**

Brian Roffe 401K Plan 002 UAD 1/01/2012     ☒ Plaintiff  ☐ Defendant  ☐ Other: ____
                                             ☐ Plaintiff  ☐ Defendant  ☐ Other: ____

*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| New York State | 3/3/1993 | Yes |
| U.S.D.C. Southern District of New York | 2/22/1994 | Yes |
| U.S.D.C. Eastern District of New York | 2/24/1994 | Yes |
| U.S. Court of Appeals, First Circuit | 9/23/2011 | Yes |

G-64 (06/13)         APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*         Page 1 of 3

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 11-cv-01061-JLS-AN | In Re China Medicine Corporation Securities | 03/29/2013 | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Have you previously registered as a CM/ECF user in the Central District of California ?   ☐ Yes   ☒ No
If yes, was your CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No:

_____
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 8/14/2014

Jack G. Fruchter
*Applicant's Name (please type or print)*

/s/ Jack G. Fruchter
*Applicant's Signature*

### SECTION III - DESIGNATION OF LOCAL COUNSEL

Glancy, Lionel Z.
*Designee's Name (Last Name, First Name & Middle Initial)*

Glancy Binkow & Goldberg LLP
*Firm Name*

1925 Century Park East

Suite 2100
*Street Address*

Los Angeles, CA 90067
*City, State, Zip Code*

(310) 201-9150
*Telephone Number*

(310) 201-9160
*Fax Number*

lglancy@glancylaw.com
*E-Mail Address*

134180
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated  8/14/2014

Lionel Z. Glancy
*Designee's Name (please type or print)*

*Designee's Signature*

### SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

| Name of Court | Date of Admission | Active Member in Good Standing? |
|---|---|---|
| U.S. Court of Appeals, Second Circuit | 3/23/2009 | Yes |
| U.S. Court of Appeals, Third Circuit | 3/3/2001 | Yes |
| U.S. Court of Appeals, Eleventh Circuit | 9/30/2002 | Yes |



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Jack Gerald Fruchter** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 3rd day of March 1993, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on August 13, 2014.

*Aprilanne Agostino*

Clerk of the Court

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1925 Century Park East, Suite 2100, Los Angeles, CA 90067.

On August 14, 2014, I served true copies of the following document(s) described as **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE** on the interested parties in this action as listed on the Court's ECF Service List.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 14, 2014, at Los Angeles, California.

*s/Lionel Z. Glancy*
Lionel Z. Glancy