Name and address:

Lionel Z. Glancy (CA Bar No. 134180)
Glancy Binkow & Goldberg LLP
1925 Century Park East
Suite 2100
Los Angeles, CA 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN ROFFE 401K PLAN 002 UAD 1/01/2012<br><br>v.  Plaintiff(s)<br><br>DREAMWORKS ANIMATION SKG, INC., et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:14-cv-06201-R-E<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Fruchter, Jack G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 279-5050          (212) 297-3655
*Telephone Number*       *Fax Number*

jfruchter@aftlaw.com
*E-Mail Address*

of  Abraham, Fruchter & Twersky, LLP
    One Pennsylvania Plaza
    Suite 2805
    New York, NY 10119
    *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Brian Roffe 401K Plan 002 UAD 1/01/2012

*Name(s) of Party(ies) Represented*    ☒ Plaintiff   ☐ Defendant   ☐ Other: _____

**and designating as Local Counsel**

Glancy, Lionel Z.
*Designee's Name (Last Name, First Name & Middle Initial)*

134180            (310) 201-9150
*Designee's Cal. Bar Number*   *Telephone Number*

                  (310) 201-9160
                  *Fax Number*

of  Glancy Binkow & Goldberg LLP
    1925 Century Park East
    Suite 2100
    Los Angeles, CA 90067
    *Firm Name & Address*

lglancy@glancylaw.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED, for failure to pay the required fee.**

Dated _____

                                                **U.S. District Judge/U.S. Magistrate Judge**