Bertram Fields (SBN 024199)
Aaron J. Moss (SBN 190625)
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067
Telephone: 310-785-6814

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES PADDOCK, Individually and on Behalf of All Others Similarly Situated v. DREAMWORKS ANIMATION SKG, INC., JEFFREY KATZENBERG and LEWIS W. COLEMAN | **CASE NUMBER**<br>CV 14-06201-SJO-E |
| BRIAN ROFFE 401K PLAN 002 UAD 1/01/2012, Individually and on Behalf of All Others Similarly Situated v. DREAMWORKS ANIMATION SKG, INC., JEFFREY KATZENBERG, LEWIS W. COLEMAN and RICHARD E. SULLIVAN | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

DeMasi, Karin A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 474-1000      (212)474-3700
*Telephone Number*    *Fax Number*

kdemasi@cravath.com
*E-Mail Address*

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Dreamworks Animation SKG, Inc., Jeffrey Katzenberg, Lewis W. Coleman and Richard E. Sullivan

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff*   ☒ *Defendant*   ☐ *Other:*

**and designating as Local Counsel**

Fields, Bertram
*Designee's Name (Last Name, First Name & Middle Initial)*

024199            (310) 553-3610
*Designee's Cal. Bar Number*   *Telephone Number*

(310) 553-0687
*Fax Number*

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
*Firm Name & Address*

bfields@ggfirm.com
*E-Mail Address*

**hereby ORDERS the Application be:**

**xx GRANTED   ALL DATES SET SHALL REMAIN.**

*[signature: S. James Otero]*

**Dated**  December 18, 2014

**U.S. District Judge/U.S. Magistrate Judge**